IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

Rhonda S. Powell,                                              Case No. 3:17CV1795

    Plaintiff

    v.                                                    **ORDER**

Commissioner of Social Security,

    Defendant

This is a Social Security case in which the plaintiff, Rhonda Powell, appeals the Commissioner's decision denying her application for benefits.

Pending is Magistrate Judge Parker's Report and Recommendation, which recommends that I affirm the Commissioner's decision. (Doc. 20). The Magistrate Judge advised that any objections to the R&R were due within fourteen days, but that deadline has passed without an objection from Powell. Accordingly, I conclude that Powell has forfeited her right to de novo review. *Amison v. Legg*, 2015 WL 853526, *1 (N.D. Ohio 2015) (Lioi, J.).

It is, therefore,

ORDERED THAT:

1.    The Magistrate Judge's Report and Recommendation (Doc. 20) be, and the same hereby is, adopted as the order of the court; and

2.    The Commissioner's decision be, and the same hereby is, affirmed.

So ordered.

                                                            /s/ James G. Carr
                                                            Sr. U.S. District Judge